IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RKM INTERNATIONAL LTD (dba MARRIAGE INTRODUCTIONS HAWAII), a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAKAKO FUJITA;<br>DOE DEFENDANTS 1-20,<br><br>Defendants. | CIV. NO. 14-00539 JMS-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TAKAKO FUJITA |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TAKAKO FUJITA

Findings and Recommendation having been filed and served on all parties on April 29, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST

///

///

///

DEFENDANT TAKAKO FUJITA," Doc. No. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 21, 2015.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*RKM Int'l, Ltd. v. Fujita*, Civ. No. 14-539 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment Against Defendant Takako Fujita